■ LEA MERCANTINI, an Infant, by Her Mother and Natural Guardian, VALERIE MERCANTINI, et al., Appellants, v HARBORFIELDS CENTRAL SCHOOL DISTRICT, Also Known as HARBORFIELDS PUBLIC SCHOOLS, Respondent. [676 NYS2d 500] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Suffolk County (Doyle, J.), dated August 1, 1997, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, we find no basis to disturb the granting of the defendant's motion for summary judgment. Rosenblatt, J. P., Ritter, Copertino and Florio, JJ., concur.